UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN RUSKY, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> BANK OF AMERICA, a corporation; DOES 1-50, inclusive, <br><br> Defendants. | Case No. 1:13-CV-00258-AWI-GSA <br><br> **ORDER DISMISSING CASE** <br><br> Compl. Filed:   June 25, 2012 <br> Trial Date:      TBD <br> Disc. Cut-Off:  TBD |

Based on the parties' stipulation under F.R.Civ.P. 41(a)(1)(A)(ii), this Court DISMISSES this action with prejudice in its entirety, each party to bear its own costs, fees and expenses.

IT IS SO ORDERED.

Dated:   March 29, 2013            _____

                                                    SENIOR DISTRICT JUDGE

[PROPOSED] ORDER DISMISSING CASE